## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| LR Trust, on behalf of itself and all others similarly situated, | Case No. 17-cv-0426 (WMW/KMM) |
| Plaintiff, | **ORDER** |
| v. | |
| Arctic Cat Inc., Christopher T. Metz, Kenneth J. Roering, Joseph F. Puishys, Kim A. Brink, Tony J. Christianson, Andrew S. Duff, and Susan E. Lester, | |
| Defendants. | |

On March 14, 2017, the parties filed a joint stipulation for dismissal. (Dkt. 9.) Based on the parties' stipulation and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1.    This case is **DISMISSED WITH PREJUDICE** as to Plaintiff LR Trust and **DISMISSED WITHOUT PREJUDICE** as to all other members of the putative class.

2.    This Order is entered without prejudice to any right, position, claim or defense any party may assert as to Plaintiff's entitlement to attorneys' fees. Plaintiff shall file any claim for attorneys' fees no later than April 27, 2017.

3.    If Plaintiff timely files a claim for attorneys' fees, Defendants shall file any response no later than 14 days after Plaintiff's claim is filed.

4.      No reply will be permitted.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:  March 21, 2017                          s/Wilhelmina M. Wright
                                                Wilhelmina M. Wright
                                                United States District Judge