## UNITED STATES DISTRICT COURT
### District of Minnesota

LR Trust,

                    Plaintiff(s),

v.

Arctic Cat Inc., Christopher T. Metz,
Kenneth J. Roering, Joseph F. Puishys,
Kim A. Brink, Tony J. Christianson,
Andrew S. Duff, and Susan E. Lester,

                    Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 17-cv-426 WMW/KMM

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1.  This case is DISMISSED WITH PREJUDICE as to Plaintiff LR Trust and DISMISSED WITHOUT PREJUDICE as to all other members of the putative class.

2.  This Order is entered without prejudice to any right, position, claim or defense any party may assert as to Plaintiff's entitlement to attorneys' fees. Plaintiff shall file any claim for attorneys' fees no later than April 27, 2017.

3.  If Plaintiff timely files a claim for attorneys' fees, Defendants shall file any response no later than 14 days after Plaintiff's claim is filed.

4.  No reply will be permitted.

Date: 3/22/2017

                                              RICHARD D. SLETTEN, CLERK

                                              s/J. Dunbar Fannemel
                                    (By)   J. Dunbar Fannemel, Deputy Clerk